## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
## SOUTHERN DIVISION

**HENRY J. LANERI, III**                                                              **PETITIONER**


**VERSUS**                                          **CIVIL ACTION NO. 1:15-cv-310-HSO-LRA**


**MARSHALL FISHER**                                                              **RESPONDENT**


### FINAL JUDGMENT

This matter came on to be heard on the Report and Recommendation [10] of United States Magistrate Judge Linda R. Anderson, entered in this case on February 25, 2016.  The Court, after a full review and consideration of the Magistrate Judge's Report and Recommendation [10], the record as a whole, and relevant legal authorities, finds that in accord with its Order entered herewith,

**IT IS, ORDERED AND ADJUDGED,** that this civil action is **DISMISSED WITH PREJUDICE**.

**SO ORDERED AND ADJUDGED**, this the 18th day of April, 2016.

*s/ Halil Suleyman Ozerden*
HALIL SULEYMAN OZERDEN
UNITED STATES DISTRICT JUDGE